UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BARTLETT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BATH IRON WORKS CORPORATION, et al.,<br><br>    Defendants. | Case No.  15-cv-00345-MEJ<br><br>**ORDER RE: PLAINTIFF'S DEPOSITION**<br><br>Re: Dkt. No. 11 |

The Court is in receipt of Plaintiffs's ex parte request to proceed with the deposition of Plaintiff Dale Bartlett, which is noticed to take place on March 3, 2015.  Dkt. No. 11.  Plaintiffs state that Mr. Bartlett has been diagnosed with malignant mesothelioma and is currently in the Intensive Care Unit at Kaiser Hospital in Roseville, California, and his health is in rapid decline.  Plaintiffs state that there is not enough time to comply with the procedural requirements of the undersigned's Discovery Standing Order.  Given that time is of the essence, the Court ORDERS any party that opposes this request to file an opposition of no more than three pages by February 27, 2015 at 3:00 p.m.  No chambers copy is required.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge