```
 1  Benno Ashrafi, Esq. [Bar No. 247623]
    Tae Kim, Esq. [Bar No. 209934]
 2  WEITZ & LUXENBERG, P.C.
    1880 Century Park East, Suite 700
 3  Los Angeles, CA  90067
    Telephone:  (310) 247-0921
 4  Facsimile:  (310) 786-9927

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALE BARTLETT and MAXIMA BARTLETT,<br><br>      Plaintiffs,<br><br>vs.<br><br>BATH IRON WORKS CORPORATION, et al.,<br><br>      Defendants. | N.D. CA No. 3:15-cv-00345-MEJ<br><br>DISMISSAL OF DEFENDANT BATH IRON WORKS CORPORATION, WITHOUT PREJUDICE; ORDER |

The parties request this Court dismiss defendant BATH IRON WORKS CORPORATION from this action without prejudice. Each party to bear its own fees and costs.

Dated: June 23, 2015

WEITZ & LUXENBERG, P.C.

By: _____
Benno Ashrafi
Tae Kim
Attorneys for Plaintiffs

Dated: June 22, 2015

HUGO PARKER, LLP

By: _____
Edward R. Hugo
Attorneys for Defendant
BATH IRON WORKS CORPORATION

HUGO PARKER, LLP
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

-1-

DISMISSAL OF DEFENDANT BATH IRON WORKS CORPORATION, WITHOUT PREJUDICE; ORDER

1    Dated: __July 14_____, 2015    **SO ORDERED:**

                                                                                  _____
                                                                                  United States District Judge