1  Benno Ashrafi, Esq. [Bar No. 247623]
   Tae Kim, Esq. [Bar No. 209934]
2  WEITZ & LUXENBERG, P.C.
   1880 Century Park East, Suite 700
3  Los Angeles, CA  90067
   Telephone:  (310) 247-0921
4  Facsimile:  (310) 786-9927

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                         SAN FRANCISCO DIVISION

10

11 | DALE BARTLETT and MAXIMA BARTLETT, | N.D. CA No. 3:15-cv-00345-MEJ |
   |---|---|
   | Plaintiffs, | DISMISSAL OF DEFENDANT GENERAL DYNAMICS CORPORATION, WITHOUT PREJUDICE; ORDER |
   | vs. | |
   | BATH IRON WORKS CORPORATION, et al., | |
   | Defendants. | |

17     The parties request this Court dismiss defendant GENERAL DYNAMICS
18 CORPORATION from this action without prejudice.  Each party to bear its own fees and
19 costs.

20 Dated: June 23, 2015                    WEITZ & LUXENBERG, P.C.

21
                                          By: _____
22                                            Benno Ashrafi
                                              Tae Kim
23                                            Attorneys for Plaintiffs

24

25 Dated: June 22, 2015                    HUGO PARKER, LLP

26
                                          By: _____
27                                            Edward R. Hugo
                                              Attorneys for Defendant
28                                            GENERAL DYNAMICS CORPORATION

1  Dated: __July 14__, 2015        **SO ORDERED:**

_[signature]_
United States District Judge